UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NS BRANDS LTD. d/b/a NATURE SWEET TOMATOES, | § § § § | |
| Plaintiff, | § | CASE NO.: 1:19-cv-00375-JJM-PAS |
| v. | § § § | |
| Y FARMS LLC, *et al.*, | § § § | |
| Defendants. | § | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff NS Brands Ltd. d/b/a Nature Sweet Tomatoes, a private, non-governmental party, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

None.

DATED: July 15, 2019.

                                          Respectfully submitted,

                                          */s/* Craig A. Stokes
                                          Craig A. Stokes – SBN 8583
                                          STOKES LAW OFFICE LLP
                                          3330 Oakwell Court, Suite 225
                                          San Antonio, TX 78218
                                          Telephone (210) 804-0011
                                          E-Mail: cstokes@stokeslawoffice.com

                                          *Counsel for Plaintiff*
                                          *NS Brands LLC d/b/a Nature Sweet Tomatoes*